**Eric J. Neiman**, OSB #823513
eneiman@williamskastner.com
**Rachel A. Robinson**, OSB #084550
rrobinson@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Defendants

The Honorable _____

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIE BEEBE,<br><br>        Plaintiff,<br><br>v.<br><br>**ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP** (a foreign limited partnership authorized to do business in Oregon) and **ARAMARK SMMS, LLC** (a foreign limited liability company authorized to do business in Oregon),<br><br>        Defendants. | Case No. _____<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br><u>Demand for Jury Trial</u> |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Aramark Management Services Limited Partnership and Aramark SMMS, LLC ("defendants") hereby remove to this court the state court action described below.

Page 1 -   NOTICE OF REMOVAL OF CIVIL ACTION   Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

2556945.1

## BACKGROUND

1. On or about June 3, 2009, plaintiff filed this action in the Circuit Court of the State of Oregon for the County of Benton as Case No. 0910339. Copies of the summonses and the complaint are attached to this notice. These documents represent all the process, pleadings, and orders served on or by defendants in the action to date.

2. Defendants were served with a copy of the summonses and complaint no earlier than June 8, 2009.

3. This notice of removal is filed within 30 days from the date defendants were served with the complaint, which is the initial pleading served on defendants, setting forth plaintiff's claim for relief. Therefore, removal is timely under 28 U.S.C. § 1446(b).

## AMOUNT IN CONTROVERSY

4. The amount in controversy exceeds $75,000, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP

5. This action is one over which this court has jurisdiction pursuant to 28 U.S.C. § 1332 based on diversity of citizenship and amount in controversy, and this action may be removed to this court by defendants pursuant to 28 U.S.C. §§ 1441 and 1446.

6. Upon information and belief, at the time of service of the attached summonses and complaint, plaintiff was a citizen of the state of Oregon.

7. At the time of service of the attached summonses and complaint, defendant Aramark Management Services Limited Partnership was a limited partnership organized under the laws of Delaware with its principal place of business in Downers Grove, Illinois.

Page 2 - NOTICE OF REMOVAL OF CIVIL ACTION    Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

2556945.1

8. At the time of service of the attached summonses and complaint, Aramark SMMS was a limited liability company organized under the laws of Delaware with its principal place of business in Philadelphia, Pennsylvania.

## NOTICE

9. As required by 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal will promptly be provided to plaintiff, and a true and correct copy of this notice will be filed with the clerk of the Circuit Court for Marion County, Oregon, after filing.

10. This notice is signed pursuant to Fed. R. Civ. P. 11.

## DEMAND FOR JURY TRIAL

11. Defendants hereby make a DEMAND FOR JURY TRIAL.

WHEREFORE, defendants prays for removal of the action pending in the Circuit Court of the State of Oregon for the County of Benton as Case No. 0910339, to this court pursuant to 28 U.S.C. §§ 1441 and 1446.

DATED this 6th day of July, 2009.

WILLIAMS, KASTNER & GIBBS, PLLC

By: /s/ Rachel Robinson
Eric J. Neiman, OSB #823513
Rachel A. Robinson, OSB #084550
Telephone: (503) 228-7967
Attorneys for Defendants

Page 3 - NOTICE OF REMOVAL OF CIVIL ACTION

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

2556945.1

 **CT Corporation**

**Service of Process Transmittal**
06/08/2009
CT Log Number 514971764

| | |
|---|---|
| **TO:** | Noni Boddie, Office Manager<br>ARAMARK Corporation<br>1101 Market Street, ARAMARK Tower<br>Philadelphia, PA 19107-2988 |
| **RE:** | **Process Served in Oregon** |
| **FOR:** | ARAMARK Management Services Limited Partnership (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Julie Beebe, Pltf. vs. Aramark Management Services Limited Partnership, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons and Notice, Complaint |
| **COURT/AGENCY:** | Benton County Circuit Court, OR<br>Case # 0910339 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - DOI: June 4, 2007 - Slipped on wet floor in restroom |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Salem, OR |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/08/2009 at 14:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days - File Answer |
| **ATTORNEY(S) / SENDER(S):** | Robert D. Carlson<br>Kryger Alexander Egan Elmer & Carlson PC<br>P.O. Box 279<br>Albany, OR 97321 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 792152949988 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Patricia McGriff |
| **ADDRESS:** | 388 State St., Suite 420<br>Salem, OR 97301 |
| **TELEPHONE:** | 503-566-6883 |



RECEIVED JUN 11 2009 By_____

Page 1 of 1 / MA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

6-8-09
2:15 pm

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BENTON

JULIE BEEBE,

        Plaintiff,

v.

ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP (a foreign limited partnership authorized to do business in Oregon) and ARAMARK SMMS, LLC (a foreign limited liability company authorized to do business in Oregon),

        Defendant.

No. 0910339

SUMMONS

TO:   Aramark Management Services Limited Partnership
      CT Corporation System - Registered Agent
      388 State Street, STE 420
      Salem, Oregon 97301

**IN THE NAME OF THE STATE OF OREGON:** You are hereby required to appear and defend the Complaint filed against you in the above entitled cause within **thirty (30)** days from the date of service of this Summons upon you, and in the case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the Complaint.

**KRYGER ALEXANDER EGAN ELMER & CARLSON PC**

/s/ ROBERT D CARLSON
By _____
    Robert D. Carlson, OSB #99035
    P.O. Box 279, Albany, OR 97321-0083

**Notice to Defendant(s): READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within **30 days** along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff. If you have questions, you should see an attorney **immediately.** If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

Page 1 -    SUMMONS

CERTIFIED TRUE COPY
By _____

 **CT Corporation**

**Service of Process Transmittal**
06/08/2009
CT Log Number 514971771

TO: Noni Boddie, Office Manager
ARAMARK Corporation
1101 Market Street, ARAMARK Tower
Philadelphia, PA 19107-2988

RE: **Process Served in Oregon**

FOR: Aramark SMMS LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Julie Beebe, Pltf. vs. Aramark Management Services Limited Partnership, etc., et al. including Aramark SMMS, LLC, Dfts. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Summons and Notice, Complaint |
| COURT/AGENCY: | Benton County Circuit Court, OR Case # 0910339 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - DOI: June 4, 2007 - Slipped on wet floor in restroom |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Salem, OR |
| DATE AND HOUR OF SERVICE: | By Process Server on 06/08/2009 at 14:15 |
| APPEARANCE OR ANSWER DUE: | Within 30 days - File Answer |
| ATTORNEY(S) / SENDER(S): | Robert D. Carlson Kryger Alexander Egan Elmer & Carlson PC P.O. Box 279 Albany, OR 97321 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 792152949988 |
| SIGNED: | C T Corporation System |
| PER: | Patricia McGriff |
| ADDRESS: | 388 State St., Suite 420 Salem, OR 97301 |
| TELEPHONE: | 503-566-6883 |

Page 1 of 1 / MA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

TOTAL P.02

|     |                                                              |                    |
| --- | ------------------------------------------------------------ | ------------------ |
| 1   |                                                              |                    |
| 2   | IN THE CIRCUIT COURT OF THE STATE OF OREGON                  |                    |
| 3   | FOR THE COUNTY OF BENTON                                     |                    |
| 4   | JULIE BEEBE,                                                 |                    |
| 5   |                         Plaintiff,                           | No. 0910339        |
| 6   | v.                                                           | SUMMONS            |
| 7   | ARAMARK MANAGEMENT SERVICES                                  |                    |
| 8   | LIMITED PARTNERSHIP (a foreign limited partnership authorized to do business in |                    |
| 9   | Oregon) and ARAMARK SMMS, LLC (a foreign limited liability company authorized |                    |
| 10  | to do business in Oregon),                                   |                    |
| 11  |                         Defendant.                           |                    |

12  TO:   Aramark SMMS, LLC
          CT Corporation System - Registered Agent
13        388 State Street, STE 420
          Salem, Oregon 97301
14
        **IN THE NAME OF THE STATE OF OREGON:** You are hereby required to
15  appear and defend the Complaint filed against you in the above entitled cause within
    **thirty (30)** days from the date of service of this Summons upon you, and in the case of
16  your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief
    demanded in the Complaint.
17
                KRYGER, ALEXANDER EGAN, ELMER & CARLSON PC
18
19      By _____
                Robert D. Carlson, OSB #99035
20              P.O. Box 279, Albany, OR 97321-0083

21
        **Notice to Defendant(s): READ THESE PAPERS CAREFULLY!**
22
        You must "appear" in this case or the other side will win automatically. To
23  "appear" you must file with the court a legal paper called a "motion" or "answer."
    The "motion" or "answer" must be given to the court clerk or administrator within
24  **30 days** along with the required filing fee. It must be in proper form and have
    proof of service on the plaintiff's attorney or, if the plaintiff does not have an
25  attorney, proof of service on the plaintiff. If you have questions, you should see
    an attorney **immediately.** If you need help in finding an attorney, you may call the
26  Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in
    Oregon at (800) 452-7636.


Page 1 -    SUMMONS

CERTIFIED TRUE COPY
By _____

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BENTON

| | |
|---|---|
| JULIE BEEBE<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP (a foreign limited partnership authorized to do business in Oregon) and ARAMARK SMMS, LLC (a foreign limited liability company authorized to do business in Oregon)<br><br>    Defendants. | No. 0910339<br><br>COMPLAINT<br><br>Action for Bodily Injury; Negligence;<br><br>(Not Subject to Mandatory Arbitration)<br><br>Jury Trial Requested |

1

At all times herein alleged, Plaintiff, Julie Beebe was employed by Oregon State University at the Corvallis, Oregon campus as a crime statistics analyst.

2

At all times herein alleged, Defendants Aramark Management Services Limited Partnership and Aramark SMMS, LLC were duly organized under and authorized by the laws of the State of Oregon to transact business in Oregon.

3

At all times herein alleged, Defendants contracted with Plaintiff's employer to provide janitorial and other cleaning services to Oregon State University, including cleaning floors of bathrooms in the building in which Plaintiff worked in Corvallis, Benton County, Oregon.

Page 1 -   COMPLAINT

4

On or about June 4, 2007, an employee of Defendants was assigned to mop the floor of the bathroom nearest Plaintiff's workstation. He mopped the floor using chemicals and substances known to be slippery when wet and thus provide a hazard to unsuspecting people who may walk upon such a wet surface. Defendants' employee did not place any kind of sign or otherwise warn anyone of the fact the floor was wet and posed a danger to anyone who may walk upon it in that condition. Plaintiff entered the restroom unaware of the dangerous condition created by Defendants' employee and slipped and fell, injuring herself severely as set forth below.

5

The injuries and damages to Plaintiff were caused by the negligence of Defendants in one or more of the following particulars:

1) In failing to warn of the dangerous condition which was created by the wet bathroom floor;

2) In failing to bar entry into the bathroom until the dangerous condition had been eliminated or otherwise rendered safe;

3) In failing to use chemicals or substances known to dry faster or be less likely to leave a dangerously slippery residue on the floor; and

4) In failing to inspect the surface of the floor to ensure it was safe for walking upon before allowing entry by anyone.

6

As a direct and proximate result of Defendants' negligence, Plaintiff has suffered personal injury consisting of a left shoulder strain, thoracic strain, lumbar strain, right knee contusion, sciatica, lumbar plexus neuropathies, L5 and S1 radiculopathies, and a disruption and worsening of a pre-existing L5-S1 fusion and has incurred $119,660.18 in reasonable and necessary medical expenses to date. This amount is subject to

Page 2 -    COMPLAINT

change prior to trial and Plaintiff will seek to amend this complaint accordingly.

7

As a direct and proximate result of Defendants' negligence, Plaintiff will incur future reasonable and necessary medical expenses in the amount of $25,000.00. This amount is subject to change prior to trial and Plaintiff will seek to amend this complaint accordingly.

8

As a direct and proximate result of Defendants' negligence, Plaintiff was unable to work resulting in lost wages of $13,033.19. She can be expected to lose future wages due to reasonable and necessary medical treatment in the amount of $25,000.00. These amounts are subject to change prior to trial and Plaintiff will seek to amend her complaint accordingly.

9

As a direct result of Defendants' negligence, Plaintiff has and will sustain past and future pain and suffering and loss of physical activities to her general damage in the amount of $500,000.00.

WHEREFORE, Plaintiff prays for judgment against Defendant in the amount of $682,693.37, and for Plaintiff's costs and disbursements.

DATED this 3rd day of June, 2009.

**KRYGER ALEXANDER EGAN ELMER & CARLSON PC**

By: /s/ ROBERT D CARLSON
_____
Robert D. Carlson, OSB No. 99035
Of Attorneys for Plaintiff

Page 3 -    COMPLAINT